**Order entered August 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01034-CV

### IN RE CHELSEA DAVIS, Relator

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19281**

## ORDER
Before Justices Moseley, Fillmore, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/      ROBERT M. FILLMORE
           JUSTICE